BENJAMIN A. ABRAMS, Appellant, v. WILMOT P. THOMPSON and Others, Respondents. ANNA ABRAMS, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

ANGLO-DUTCH TRADING CORPORATION, Respondent, v. FILLMORE BUILDING CORPORATION and Others, Appellants, and Others, Defendants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

DOMENICO BIANCO, Appellant, v. WILLIAM S. DURR and ELMER S. DAVIS, Respondents.— Motion to dismiss appeal denied upon condition that the appellant perfect the appeal for the October term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

LILLIAN CAPIE, Respondent, v. CAPIE REALTY CORPORATION, DANIEL J. BERGEN and MARGARET BERGEN, Appellants.— Motion to dismiss appeal granted. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

LILLIAN CAPIE, Respondent, v. CAPIE REALTY CORPORATION and ELDORADO MORTGAGE CORPORATION, Appellants. KNUTE M. ERICKSON and ANNA V. ERICKSON, Defendants.— Motion to dismiss appeal granted. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

LILLIAN CAPIE, Respondent, v. CAPIE REALTY CORPORATION and ELIZABETH HENDRICKSON, Appellants.— Motion to dismiss appeal granted. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

LILLIAN CAPIE, Respondent, v. CAPIE REALTY CORPORATION, Appellant. AVERY A. NESBITT and CAROLINE E. NESBITT, Defendants.— Motion to dismiss appeal granted, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

LILLIAN CAPIE, Respondent, v. CAPIE REALTY CORPORATION, Appellant. CHARLES F. PITNEY and Others, Defendants.— Motion to dismiss appeal granted. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

LILLIAN CAPIE, Respondent, v. HENRY MADSEN and Others, Appellants.— Motion to dismiss appeal granted. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

CARDINAL FURNITURE FACTORIES, INC., Respondent, v. DIANA FURNITURE COMPANY, Appellant.— Motion granted. Time to answer extended for five days after the determination of the appeal. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

MARY I. CAREY, Appellant, v. JOHN CAREY and Others, Respondents.— Motion to open default denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.